UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:24-CR-448 |
| | § | |
| KELSEY QUINN RIGBY | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

TO UNITED STATES DISTRICT ANDREW S. HANEN:

Kelsey Quinn Rigby files Defendant's Unopposed Motion For Continuance and would show as follows:

I.

Pretrial motions must be filed by March 7, 2025. The trial is scheduled to begin on April 7, 2025.

II.

This is a complex case involving six defendants. The Government has not provided all of the discovery but expects to do so by the end of March. The case will be ripe for resolution at that time.

III.

Counsel must obtain complete discovery in order to file the appropriate pretrial motions and discuss with Rigby whether she should enter into a plea agreement or go to trial. Accordingly, she requests a continuance.

Respectfully submitted,

*/s/ Randy Schaffer*
Randy Schaffer, P.C.
State Bar No. 17724500
Federal ID No. 950

1021 Main, Suite 1440
Houston, Texas 77002
(713) 951-9555
(713) 951-9854 (facsimile)
noguilt@schafferfirm.com

Attorney for Defendant
KELSEY QUINN RIGBY

## CERTIFICATE OF CONFERENCE

AUSA Anh-Khoa Tran informed me on March 6, 2025, that the Government

does not oppose a continuance.

*/s/ Randy Schaffer*
Randy Schaffer

## CERTIFICATE OF SERVICE

I served a copy of this document on AUSA Anh-Khoa Tran, 1000 Louisiana,

Suite 2300, Houston, Texas 77002, by eFile and email on March 7, 2025.

*/s/ Randy Schaffer*
Randy Schaffer

2