IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-24-448 |
| | § | |
| JOSE ALEX LOPEZ, *et al* | § | |

## AMENDED SCHEDULING ORDER

Pending before the Court is the Defendant Kelsey Quinn Rigbys' Unopposed Motions for Continuance (Doc. Nos. 132). The Court GRANTS the motions and, in the interest of judicial economy, resets the schedule for all Defendants as follows:

MOTIONS will be filed no later than **February 20, 2026**

RESPONSES will be filed no later than **March 6, 2026**

PRETRIAL CONFERENCE will be held **March 18, 2026**
before Judge Andrew S. Hanen, Courtroom 9C at **8:30 AM**

JURY SELECTION and TRIAL is scheduled **March 23, 2026**
before Judge Andrew S. Hanen, Courtroom 9C at **9:00 AM**

### DEFENDANT'S PRESENCE IS REQUIRED AT ALL SETTINGS

SIGNED this 13th day of September 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE