**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>    **Plaintiff** | §<br>§<br>§ | |
| **VS.** | §<br>§<br>§ | **4:24-CR-00448-1** |
| **JOSE ALEX LOPEZ, a/k/a "Lito",**<br>    **Defendant** | §<br>§<br>§ | |

## <u>STIPULATION</u>

The United States of America (the "Government") and Harris County, Texas, Harris County Flood Control District, Port of Houston Authority, Harris County Hospital District, Harris County Department of Education, San Jacinto College District, and City Pasadena (the "Taxing Authorities") stipulate and agree as follows:

1.    The Taxing Authorities received a copy of the Preliminary Order of Forfeiture in this case [docket 176] and notice of their right to file a claim to property mentioned in that Order under 21 U.S.C. § 853(n) with the court and/or submit a petition for remission the Department of Justice concerning the property mentioned in that Order.

2.    The Taxing Authorities, through counsel, filed their Petition for Adjudication of Interest in Property [docket 194], asserting that they have an interest in the following real property ordered forfeited from the defendant, Jose Alex Lopez, by the Preliminary Order of Forfeiture (the "property"):

The real property located at 3612 Truxton Drive, Pasadena, TX, which is legally described as:

Lot 468, in Block 19 of BENNETT ESTATES, SECTION 2, a subdivision in Harris County, Texas, according to the map or plat thereof, recorded in Volume 55, Page 34, of the Map Records of Harris County, Texas.

3.      The Government, its agents, offices and employees had probable cause to seize and institute forfeiture proceedings against the property.  The property is subject to forfeiture pursuant to 21 U.S.C. § 853.

4.      Based on the distinct facts and circumstances of this case, the Taxing Authorities have a valid interest in the property, specifically, ad valorem taxes owed, as well as penalties and interest, if any.

5.      In consideration, the Taxing Authorities release and hold harmless the Government and any agents, employees, and servants of the Government (and any state or local law enforcement agencies and their agents, servants, or employees), acting in their official or individual capacities from any and all claims by them and their agents that currently exist or which may arise as a result of the Government's action(s) against or relating to the property, including a petition for remission.

6.      The Taxing Authorities agree to the entry of a Final Order of Forfeiture forfeiting the property to the Government and providing for payment of their interest (as described in paragraph 4) next after payment of all costs incurred in protecting and selling the property.  The Taxing Authorities consent to the drafting and submission of a Final Order of Forfeiture (and its accompanying Motion) by the Government.

7.      The Government and Taxing Authorities will bear their own costs and/or attorney's fees.

STIPULATED AND AGREED:

ATTORNEY FOR TAXING AUTHORITIES


*/s/* Douglas Steven Bird
DOUGLAS STEVEN BIRD
TX State Bar No. 02331330
Southern Admission No. 343883
ETHAN RANIS
TX State Bar No. 24098303
Southern Admission No. 3381555
LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 693-0728 (Facsimile)


JOHN G.E. MARCK
(ACTING) UNITED STATES ATTORNEY



/s/ Tyler Foster
TYLER FOSTER
Assistant United States Attorney
Southern District of Texas No.: 3802443
Oklahoma: 34839
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
(361) 888-3111 (Telephone)
(361) 888-3200 (Facsimile)